UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KENDRICK L. BUGG, | ) |
| *Petitioner,* | ) |
| v. | ) No. 1:06-MC-28 |
| | ) *Mattice/Carter* |
| WARDEN, USP LEE | ) |
| *Respondent.* | ) |

## MEMORANDUM

Petitioner Kendrick L. Bugg has filed a document which he has entitled habeas corpus petition pursuant to 28 U.S.C. § 451 [Court File No. 1]. On July 6, 2006, the Court directed Petitioner to file a response within thirty days from the date of the Order clearly identifying the type of document he wished to file and the authority under which the document was being filed. Petitioner was notified that failure to comply with the Court's order would result in the automatic dismissal of this action [Court File No. 2].

Petitioner has failed to file any type of response to the Court's order. Therefore, this action will be **DISMISSED** *sua sponte* for failure to comply with the orders of this Court. FED. R. CIV. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

                                              *s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE